IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
OCT 11 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 17-17-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL NORTON, | |
| Defendant. | |

The government has moved the Court to quash the arrest warrant issued in this case and issue a summons. Accordingly,

IT IS ORDERED that the outstanding arrest warrant is quashed. Defendant's initial appearance is set for October 24, 2017, at 1:15 p.m., at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana. The Clerk of Court is directed to issue a summons directing Defendant to appear at the designated time.

DATED this 10th day of October, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1