

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CLAYTON NORTON,<br><br>Defendant. | CR 17-30-M-DWM-02<br><br>FINAL ORDER OF FORFEITURE |

Pending is the United States' unopposed motion for final order of forfeiture. Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on December 21, 2017. (Doc. 59.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 61.)

4. There is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion for final order of forfeiture (Doc. 64) is GRANTED. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party:

- a Sonex airplane, serial number 1543 and tail number 335XR;
- a Kel Tec .40 Caliber Model SUB2000 Rifle and high capacity magazine with no serial number; and
- a 1999 Chevrolet Corvette bearing VIN: 1G1YY12G6X5126641.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 6th day of March, 2018.

Donald W. Molloy, District Judge
United States District Court